1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTIA MASON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FREIGHT, LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-06941-PA-AGR<br><br>Honorable Judge Percy Anderson<br>Courtroom 9A 9th Floor<br>ORDER RE<br>**REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

1  IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Portia Mason's
2  request that this Court enter a dismissal with prejudice as to Plaintiff's claims in their entirety is
3  GRANTED in full. Each party shall bear her or its own costs, experts' fees, and attorneys'
4  expenses.

DATED: October 19, 2021

                                          Percy Anderson
                                    United States District Judge

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
PURSUANT TO F.R.C.P. RULE 41(a)(1)(A)(ii)